**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

ERIC KARL MCCOY,

      Plaintiff,

vs.                                CASE NO.: 5:09-cv-238-SPM/MD

JOHN FORTURE, et al.,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 12). The Parties have been furnished a copy and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.      The Magistrate Judge's Report and Recommendation (doc. 12) is *adopted* and incorporated by reference in this order.

2.      The case is *dismissed without prejudice* pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.      The clerk is directed to close the file.

DONE AND ORDERED this first day of April, 2010.

*s/ Stephan P. Mickle*
_____

Stephan P. Mickle
Chief United States District Judge